EVAN R. MOSES, SBN 198099
evan.moses@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
RABIA Z. REED SBN 317288
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Defendant
CROWN EQUIPMENT CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA BROWN, BRYAN KRENK, MARTIN CASTANEDA, individually, and on behalf of other members of the general public similarly situated; MICHAEL LAYMAN, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;, <br><br> Plaintiff, <br><br> v. <br><br> CROWN EQUIPMENT CORPORATION, an unknown entity; and Does 1 through 100, inclusive, <br><br> Defendant. | Case No. 2:19-cv-02255-KJM-KJN <br><br> **ORDER REMANDING TO STATE COURT** |

**ORDER**

The Court has considered the Joint Stipulation and Request to Remand this Action to Sacramento County Superior Court ("Joint Stipulation") filed by Plaintiffs Joshua Brown, Bryan Krenk, Martin Castaneda, and Michael Layman ("Plaintiffs") and Defendant Crown Equipment Corporation ("Defendant") (collectively, "the Parties"). With good cause appearing, and pursuant to the Joint Stipulation, it is ORDERED that the Parties' Joint Stipulation is GRANTED and the Court remands this Action (ED Cal. Case No. 2:19-cv-02255-KJM-KJN) in its entirety to Sacramento County Superior Court for further proceedings, without prejudice to Defendant's right to remove the case at a later date if Defendant receives information or other paper from which it may be ascertained that the case is removable, and Plaintiffs' right to challenge any such later removal.

**IT IS SO ORDERED.**

DATED: April 13, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE